1  PHILLIP A. TALBERT
   United States Attorney
2  ALEXANDRE DEMPSEY
   Assistant United States Attorney
3  2500 Tulare Street, Suite 4401
   Fresno, CA 93721
4  Telephone:  (559) 497-4000
   Facsimile:  (559) 497-4099
5
   Attorneys for Plaintiff
6  United States of America

7
                    IN THE UNITED STATES DISTRICT COURT
8
                    EASTERN DISTRICT OF CALIFORNIA
9

10 | UNITED STATES OF AMERICA,              | CASE NO.  1:22-CR-00282-JLT-SKO

11 |                          Plaintiff,    | STIPULATION AND PROTECTIVE ORDER
   |                                        | BETWEEN THE UNITED STATES AND
12 |              v.                        | DEFENDANT STEVE GOMEZ

13 | JEFFREY MICHALK,                       | COURT: Hon. Sheila K. Oberto
   | STEVE GOMEZ, AND
14 | MICHAEL DUGAN
   |                          Defendant.
15

16
        WHEREAS, the discovery in this case is voluminous and contains a large amount of personal
17
   and confidential information including but not limited to dates of birth, telephone numbers, driver's
18
   license numbers, and social security numbers ("Protected Information"); and
19
        WHEREAS, the parties desire to avoid both the necessity of large scale redactions and the
20
   unauthorized disclosure or dissemination of this information to anyone not a party to the court
21
   proceedings in this matter;
22
        The parties agree that entry of a stipulated protective order is appropriate.
23
        THEREFORE, Defendant STEVE GOMEZ, by and through his counsel of record, Christina
24
   Corcoran ("Defense Counsel"), and the United States of America, by and through Assistant United
25
   States Attorney Alexandre Dempsey, hereby agree and stipulate as follows:
26
        1.      This Court may enter a protective order pursuant to Rule 16(d) of the Federal Rules of
27
   Criminal Procedure, and its general supervisory authority.
28

   PROTECTIVE ORDER                              1

2.      This Order pertains to all discovery provided to or made available to Defense Counsel as part of discovery in this case (hereafter, collectively known as "the discovery").

3.      By signing this Stipulation and Protective Order, Defense Counsel agrees not to share any documents that contain Protected Information with anyone other than Defense Counsel attorneys, designated defense investigators, and support staff.  Defense Counsel may permit the Defendant to view unredacted documents in the presence of his attorney, defense investigators, and support staff.  The parties agree that Defense Counsel, defense investigators, and support staff shall not allow the Defendant to copy Protected Information contained in the discovery.  The parties agree that Defense Counsel, defense investigators, and support staff may provide the Defendant with copies of documents from which all Protected Information has been redacted.

4.      The discovery and information therein may be used only in connection with the litigation of this case and for no other purpose.  The discovery is now and will forever remain the property of the United States of America ("Government").  Defense Counsel will return the discovery to the Government or certify that it has been destroyed at the conclusion of the case.

5.      Defense Counsel will store the discovery in a secure place and will use reasonable care to ensure that it is not disclosed to third persons in violation of this agreement.

6.      Defense Counsel shall be responsible for advising the Defendant, employees, and other members of the defense team, and defense witnesses of the contents of this Stipulation and Order.

7.      In the event that Defendant substitutes counsel, undersigned Defense Counsel agrees to withhold discovery from new counsel unless and until substituted counsel agrees also to be bound by this Order.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PROTECTIVE ORDER

2

1        IT IS SO STIPULATED.

2     Dated: October 27, 2022               PHILLIP A. TALBERT
                                                        United States Attorney

3

4                               By:  /s/ALEXANDRE DEMPSEY
                                                              ALEXANDRE DEMPSEY
5                                    Assistant United States Attorney

6

7    Dated:  October 27, 2022            By:  /s/  CHRISTINA CORCORAN
                                                              CHRISTINA CORCORAN
8                                   Attorney for Defendant
                                                              STEVE GOMEZ
9

10

11   IT IS SO ORDERED.

12   Dated:   **October 28, 2022**

13                                 UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

PROTECTIVE ORDER              3