HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defenders
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorneys for Defendant
STEVE GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br>             Plaintiff, <br><br> vs. <br><br> STEVE GOMEZ, <br><br>             Defendant. | Case No. 1:22-cr-00282-JLT-SKO <br><br> **REQUEST FOR RULE 43 WAIVER OF APPEARANCE; ORDER** |

On November 4, 2022, the Court released Mr. Gomez on the condition that he attend an inpatient drug treatment program at Wellspace Health in Sacramento.  ECF Dkt. #29.  Thus, pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Steve Gomez, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver.  Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times.  Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

DATED: January 17, 2023       /s/ Steve Gomez
                              STEVE GOMEZ
                              Defendant


DATED: January 17, 2023       /s/ Christina M. Corcoran
                              CHRISTINA M. CORCORAN
                              Assistant Federal Defender
                              Attorney for STEVE GOMEZ

# O R D E R

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive proceedings until further order.

IT IS SO ORDERED.

DATED: 1/18/2023

*Sheila K. Oberto*
HON. SHEILA K. OBERTO
United States Magistrate Judge
Eastern District of California

Gomez: Rule 43 Waiver