PHILLIP A. TALBERT
United States Attorney
ALEXANDRE DEMPSEY
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>STEVE GOMEZ,<br><br>Defendants. | CASE NO.  1:22-CR-00282-JLT-SKO<br><br>STIPULATION TO VACATE STATUS HEARING DATE, SET CHANGE OF PLEA HEARING; ORDER<br><br>DATE: May 3, 2023<br>TIME: 1:00 p.m.<br>COURT: Sheila K. Oberto |

**STIPULATION**

The United States of America, by and through its counsel of record, and STEVE GOMEZ, by and through his counsel of record, hereby stipulate as follows:

1.    By previous order, this matter was set for status on May 3, 2023.

2.    By this stipulation, defendant now moves to vacate the status hearing and set the matter for change of plea before the Court as to this defendant on May 1, 2023.

3.    The parties agree and stipulate, and request that the Court find the following:

a)    As the defendant does not intend on going to trial, the parties request that the status hearing date be vacated.  Vacating the status hearing date will conserve judicial resources for a case that has been resolved.

4.    As time has already been excluded through May 3, 2023, no additional exclusion of time is needed.

1    5.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4    IT IS SO STIPULATED.

5

6  Dated: April 11, 2023                     PHILLIP A. TALBERT
                                            United States Attorney

7

8                                           /s/ ALEXANDRE DEMPSEY
                                            ALEXANDRE DEMPSEY
                                            Assistant United States Attorney

9

10 Dated: April 11, 2023                     /s/ CHRISTINA CORCORAN
                                            CHRISTINA CORCORAN
11                                          Counsel for STEVE GOMEZ

12

13

14

15                                **ORDER**

16   IT IS SO ORDERED.

17

18

19   DATED: 4/11/2023

                                            *Sheila K. Oberto*

20                                          THE HONORABLE SHEILA K. OBERTO
                                            UNITED STATES DISTRICT JUDGE

21

22

23

24

25

26

27

28