HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
STEVE GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>STEVE GOMEZ,<br><br>　　　　　Defendant. | Case No. 1:22-cr-00282-JLT-SKO<br><br>**STIPULATION TO CONTINUE MOTION HEARING; AND ORDER**<br><br>Date:　April 19, 2023<br>Time:　2:00 p.m.<br>Judge:　Hon. Barbara A. McAuliffe |

　　　　IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Alexandre Dempsey, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Steve Gomez, that the hearing regarding Mr. Gomez's request for a modification of the conditions of his pretrial release be continued to Wednesday, April 19, 2023.  For the reasons set forth below, the parties also respectfully request that Mr. Gomez be permitted to appear by Zoom.

　　　　The parties' request for a Zoom appearance is based on Mr. Gomez's current predicament.  Mr. Gomez currently resides outside of Sacramento and is experiencing significant unforeseen financial strain that makes travel to Fresno impractical.  His wife is unable to assist him financially at this time, and Mr. Gomez recently took on sole responsibility for making their rent payment.  Part of Mr. Gomez's request for a modification pertains to his request to be able

to travel overnight for employment purposes, which will allow him to accept a higher paying job offer building cellphone towers for Triton Towers.  However, Mr. Gomez cannot afford to travel to Fresno from Sacramento for a full day, as doing so will jeopardize his current job.  For that reason, the parties respectfully request that Mr. Gomez be permitted to appear by Zoom.  If that is not possible, Mr. Gomez will be forced to withdraw his motion at this time.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: April 17, 2023        */s/ Alexandre Dempsey*
ALEXANDRE DEMPSEY
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: April 17, 2023        */s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
STEVE GOMEZ

## O R D E R

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that the motion hearing regarding Mr. Gomez's motion to modify the conditions of pretrial release be continued to **Wednesday, April 19, 2023, at 2:00 p.m., by Zoom**.  The government shall file any opposition by 5:00 p.m. on April 18, 2023.

IT IS SO ORDERED.

Dated:   **April 17, 2023**          /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE