HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar # 344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
STEVE GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:22-cr-00282-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION FOR TEMPORARY MODIFICATION OF CONDITIONS OF PRETRIAL RELEASE; ORDER |
| vs. | |
| STEVE GOMEZ, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. Defendant Steve Gomez has been on pretrial supervision since November 7, 2022.  To-date, he has successfully completed 90-days of residential drug treatment, secured employment, and participated in the Better Choices Court Program.

2. On April 4, 2023, Mr. Gomez entered into a plea agreement with the government, which includes his agreement to cooperate.

3. On April 19, 2023, Mr. Gomez's conditions of release were modified to permit him to travel to Tulare every weekend, Friday to Sunday, to visit with his infant daughter at the home of his sister/third party custodian.  He has been making those trips without issue.

1    4.   Mr. Gomez is required to self-surrender on Friday, June 16, at 7:00 a.m., to serve time on a state case (which predated this case).  As such, Mr. Gomez must report to the Pretrial Services office in Fresno to have his location monitor removed prior to going into state custody.

5.   The parties stipulate that Mr. Gomez may travel to Tulare on Wednesday, June 14, 2023 for the purpose of spending two days with his daughter prior to going into custody on Friday at morning at 7:00 a.m.   This agreement constitutes a temporary modification of his conditions that currently permits him to spend this time on the weekend.

6.   Mr. Gomez's pretrial services officer supports this temporary modification.

7.   When Mr. Gomez is released form custody, he shall report straight to pretrial services to have the monitor re-installed, with all other previously imposed terms and conditions remaining in full force and effect.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney


Dated:  June 13, 2023            */s/ Henry Carbajal*
HENRY CARBAJAL
Assistant United States Attorney
Attorney for Plaintiff



HEATHER E. WILLIAMS
Federal Defender


Date: June 13, 2023             */s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
STEVE GOMEZ

**O R D E R**

IT IS SO ORDERED.

Dated: __**June 13, 2023**__

_____
UNITED STATES MAGISTRATE JUDGE