HEATHER E. WILLIAMS, Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, Bar #344683
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
STEVE GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00282-JLT-SKO |
|---|---|
| Plaintiff, | STIPULATION TO CONTINUE SENTENCING HEARING; ORDER |
| vs. | Date: January 29, 2024 |
| STEVE GOMEZ, | Time: 10:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

**IT IS HEREBY STIPULATED**, by and between the parties, through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Steve Gomez, that the Court may continue the sentencing hearing from November 27, 2023, to January 29, 2024, at 10:00 a.m.

The requested continuance is necessary because Mr. Gomez has been unavailable to complete his presentence interview and will not be available until November. The new date will give Probation time to conduct the interview and for the parties to engage in the PSR review process.

Counsel for the government has no objection to the requested change of date. The new proposed schedule is set forth below.

- The draft PSR shall be disclosed to counsel no later than: December 18, 2023
- Counsel's informal written objections to the PSR by: January 2, 2023

- The final Presentence Report shall be filed with the Court by: January 9, 2023
- Formal Objections to the PSR shall be filed and served by: January 16, 2023
- Reply or Statement of Non-Opposition: January 23, 2023

As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date: October 24, 2023                  /s/ Henry Carbajal
                                        HENRY CARBAJAL
                                        Assistant United States Attorney
                                        Attorney for Plaintiff

                                        HEATHER E. WILLIAMS
                                        Federal Defender

Date: October 24, 2023                  /s/ Christina M. Corcoran
                                        CHRISTINA M. CORCORAN
                                        Assistant Federal Defender
                                        Attorney for Defendant
                                        STEVE GOMEZ

**O R D E R**

The Court is aware that Mr. Perez was required to serve a sentence in state custody beginning in June 2023. The Court has been advised by the Pretrial Services Officer that Mr. Gomez was released over the weekend and reported to his officer yesterday. Thus, good cause appearing, the sentencing hearing is **CONTINUED** to January 29, 2024.

IT IS SO ORDERED.

Dated:   **October 24, 2023**

UNITED STATES DISTRICT JUDGE

Gomez Stipulation and
Proposed Order

2