HEATHER E. WILLIAMS, CA #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar # 5118427
Assistant Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
STEVE GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00282-JLT-SKO |
|---|---|
| Plaintiff, | |
| vs. | **UNOPPOSED MOTION TO MODIFY CONDITIONS OF RELEASE; ORDER THEREON** |
| STEVE GOMEZ, | |
| Defendant. | |

Steve Gomez hereby moves this Court for an order eliminating the location monitoring condition of his pretrial release (ECF Dkt. # 31, at 2, condition (q)).  He has performed well on supervision for the last year.  Pretrial services recommends the proposed modification, and the government has no objection.

It is evident that Mr. Gomez has been working incredibly hard to go above and beyond in all aspects of his life—in addition to maintaining strict compliance with his release conditions. He was released on November 7, 2022 and immediately entered Wellspace Health's 90-day residential treatment program in Sacramento.  ECF Dkt. # 29-31.  Mr. Gomez not only graduated; he exceled at the program and impressed many people.  While at the program, he consistently volunteered to do extra work, actively participated in class, and went the extra mile to help his peers.  As a result, Mr. Gomez was voted into a leadership position, including "Captain" of the house, within his first 30 days at the program (typically leadership roles require

more than 30 days of participation).

Mr. Gomez graduated from the Wellspace program in early February. Following his graduation, Mr. Gomez returned to reside with his sister and her family. He also got married, and he and his partner moved to Sacramento, where his partner resides and where Mr. Gomez had job opportunities stemming from the connections he made at Wellspace. He had been on track to regain custody of his daughter; however, that has been delayed because of unforeseen circumstances. Mr. Gomez has also been testing clean, participating in Better Choices, and otherwise doing very well.

Mr. Gomez has been laser-focused on regaining custody of his two-year-old daughter. On April 19, 2023, the Court modified Mr. Gomez's conditions to allow him to travel to Tulare, unmonitored, every weekend—from Friday evening through Sunday evening—for visitation with his daughter. ECF Dkt. #65. Mr. Gomez complied with the restrictions on his visitations and made those trips without issue. ECF Dkt. # 76 ¶ 3.

In June, the parties filed a stipulation permitting Mr. Gomez to travel to Tulare to spend additional time with his daughter prior to self-surrendering on a preexisting state case. *Id.* He did so without issue, and then self-surrendered on the state case without issue. Following his recent release from custody, he immediately reported to his Pretrial Services Officer as required. He will be relocating back to Tulare to reside with his sister and third-party custodian as he attempts to regain custody of his daughter.

Over the past year, Mr. Gomez has performed exceedingly well on supervision and has convincingly demonstrated that he is not a flight risk (or a danger). His Pretrial Services Officer, Lorena Gallagher, recommends the removal of the location monitoring condition of his pretrial supervision. The government does not oppose this request.

## CONCLUSION

Under these circumstances, the location monitoring condition is no longer among the *least restrictive* conditions reasonably *necessary* to assure either his appearance in court or the safety of the community. For the aforementioned reasons, the Bail Reform Act supports the requested modification, and we ask the Court to grant Mr. Gomez's unopposed motion.

|   |   |
|---|---|
|   | Respectfully submitted, |
|   | HEATHER E. WILLIAMS<br>Federal Defender |
| Date: November 3, 2023 | */s/ Christina M. Corcoran*<br>CHRISTINA M. CORCORAN<br>Assistant Federal Defender<br>Attorney for Defendant<br>STEVE GOMEZ |

## **ORDER**

The Court hereby modifies the Order Setting Conditions of Pretrial Release for Steve Gomez [Dkt. # 31] to remove condition (q). All other conditions previously imposed remain in full force and effect.

IT IS SO ORDERED.

Dated:   **November 3, 2023**                    /s/ Erica P. Grosjean
                                                               UNITED STATES MAGISTRATE JUDGE