HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
STEVE GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE GOMEZ,<br><br>Defendant. | Case No. 1:22-cr-00282-JLT-SKO<br><br>**APPLICATION FOR RELEASE OF DRUG TESTING RESULTS; ORDER** |

Defendant Steve Gomez, through undersigned counsel, hereby requests release of his drug testing results from Pretrial Services.  Mr. Gomez requires access to his drug test results so that they can be provided to Child Protective Services in a matter pertaining to his daughter.  Pretrial Services indicated that counsel must seek the Court's approval before they may release these records and otherwise defers to the Court.  The government has no opposition to this request.

                                          Respectfully submitted,

                                          HEATHER E. WILLIAMS
                                          Federal Defender

Date: May 23, 2024                    */s/ Christina M. Corcoran*
                                          CHRISTINA M. CORCORAN
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          STEVE GOMEZ

# **O R D E R**

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Pretrial Services may release Mr. Gomez's drug testing results to his counsel for the aforementioned purpose.

IT IS SO ORDERED.

Dated: __May 23, 2024__

UNITED STATES MAGISTRATE JUDGE