HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
STEVE GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:22-cr-00282-JLT-SKO |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING HEARING; ORDER** |
| vs. | |
| STEVE GOMEZ, | Date: December 9, 2024<br>Time: 9:00 a.m. |
| Defendant. | Judge: Hon. Jennifer L. Thurston |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Steve Gomez, that the Court may continue the sentencing hearing from June 24, 2024, to December 9, 2024, at 09:00 a.m.

The requested continuance serves two objectives. First, Mr. Gomez has been working diligently to ensure that he retains his parental rights with respect to his two-year-old daughter. Though he has made great strides towards this objective, he requires the additional time to finalize custody arrangements and mitigate the risk of long-term negative collateral consequences with respect to his parental rights. Second, Mr. Gomez is currently participating in the Better Choices Court Program (BCCP) and wishes to complete the program. The parties stipulate that Mr. Gomez shall continue to attend Better Choices Court until his sentencing

hearing, so that the Court is updated monthly on his progress.

The parties further stipulate and request that the date for drafting and responding to any Presentence Investigation Report and any sentencing memorandum be continued in accordance with this stipulation and the Court's order thereon.

                                            Respectfully submitted,

                                            PHILLIP A. TALBERT
United States Attorney

Date: May 30, 2024                       */s/ Henry Carbajal*
HENRY CARBAJAL
Assistant United States Attorney
Attorney for Plaintiff

                                            HEATHER E. WILLIAMS
Federal Defender

Date: May 30, 2024                       */s/ Christina M. Corcoran*
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
STEVE GOMEZ

## O R D E R

GOOD CAUSE APPEARING, the Court hereby continues the sentencing hearing currently scheduled for June 24, 2024, to December 9, 2024, at 09:00 a.m.

IT IS SO ORDERED.

Dated:   **May 30, 2024**                                               
UNITED STATES DISTRICT JUDGE