HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
CHRISTINA M. CORCORAN, CA Bar #344683
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
STEVE GOMEZ

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>STEVE GOMEZ,<br><br>Defendant. | Case No. 1:22-cr-00282-JLT-SKO<br><br>**STIPULATION TO MODIFY CONDITIONS OF RELEASE; ORDER** |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Henry Carbajal, counsel for plaintiff, and Assistant Federal Defender Christina M. Corcoran, counsel for defendant Steve Gomez, that the third-party custodian condition should be eliminated.  ECF Dkt. # 31, at 2, condition (6).

In June of 2024, Pretrial Services recommended removing the condition.  At that time, the Better Choices Court team agreed with Pretrial's recommendation based on Mr. Gomez's performance on pretrial release and in Better Choices.  The parties now file this stipulation to memorialize their concurrence with Pretrial's recommendation.

/ / /

/ / /

/ / /

Respectfully submitted,

PHILLIP A. TALBERT
United States Attorney

Date:  October 10, 2024   /s/ Henry Carbajal
HENRY CARBAJAL
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: October 10, 2024   /s/ Christina M. Corcoran
CHRISTINA M. CORCORAN
Assistant Federal Defender
Attorney for Defendant
STEVE GOMEZ

**O R D E R**

The Court hereby modifies the Order Setting Conditions of Pretrial Release for Steve Gomez [Dkt. # 31] to remove condition (6).  All other conditions previously imposed, other than condition (q), previously removed, remain in full force and effect.

IT IS SO ORDERED.

Dated:   **October 10, 2024**         /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

Gomez – Stipulation
and Proposed Order

2